UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
EAST RIVER REALTY COMPANY LLC     :
:   06 CV 5417 (WHP)
                  Plaintiff,   :
:
      - against -     :   **AFFIDAVIT OF SERVICE**
:
TRC COMPANIES, INC.,     :
TRC ENGINEERS, INC.,     :
TRC ENVIRONMENTAL CORPORATION,     :
:
                  Defendants.   :
------------------------------------------------------------X
STATE OF NEW YORK   )
                            :ss.:
COUNTY OF NEW YORK  )

       DELISHA T. POWELL, being duly sworn, deposes and says:

       1.     I am over 18 years of age, not a party to this action, and am employed by the law firm of Mayer, Brown, Rowe & Maw LLP, attorneys for plaintiff.

       2.     On the 21st day of July, 2006 at approximately 2:00 p.m. I personally served the **SUMMONS IN A CIVIL CASE** and **COMPLAINT** upon TRC Engineers, Inc., located at 1200 Wall Street W, Lyndhurst, NJ 07071 by leaving true copies of said documents with Michael A. Skirka, Senior Project Manager, who stated that he was authorized to accept service on behalf of TRC Engineers, Inc.

3.  Mr. Skirka may be described as a white male, approximately 55-60 years of age, approximately 6'0" in height, approximately 180lbs. and balding brown hair.

_____
Delisha T. Powell

Sworn to before me on this
25th day of July, 2006

_____
Notary Public

JOHN A. MARSALA
Notary Public, State of New York
No. 31-4746064
Qualified in New York County
Commission Expires April 30, ~~19~~ 2007