UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                        :
EAST RIVER REALTY COMPANY LLC           :
                                        :        06 CV 5417 (WHP)
                        Plaintiff,      :
                                        :
        - against -                     :        **AFFIDAVIT OF SERVICE**
                                        :
TRC COMPANIES, INC.,                    :
TRC ENGINEERS, INC.,                    :
TRC ENVIRONMENTAL CORPORATION,          :
                                        :
                        Defendants.     :
----------------------------------------------------------X
STATE OF NEW YORK       )
                        :ss.:
COUNTY OF NEW YORK      )


DELISHA T. POWELL, being duly sworn, deposes and says:

1.      I am over 18 years of age, not a party to this action, and am employed by the law

firm of Mayer, Brown, Rowe & Maw LLP, attorneys for plaintiff.

2.      On the 21st day of July, 2006 at approximately 5:00 p.m. I personally served the

**SUMMONS IN A CIVIL CASE** and **COMPLAINT** upon TRC Environmental Corp., located

at 21 Griffin Road North, Windsor, Connecticut 06095-1512 by leaving true copies of said

documents with Cynthia C. Retallick, Vice President, who stated that she was authorized to

accept service on behalf of TRC Environmental Corp.

3.    Ms. Retallick may be described as a white female, approximately 45-50 years of

age, approximately 5'7" in height, approximately 130lbs. and brown hair.

Delisha T. Powell

Sworn to before me on this
25th day of July, 2006

Notary Public

JOHN A. MARSALA
Notary Public, State of New York
No. 31-4746064
Qualified in New York County
Commission Expires April 30, 19
                          2007