UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
EAST RIVER REALTY COMPANY LLC,   :

                     Plaintiff,    :        06 Civ. 5417 (WHP)

      -against-              :        <u>SCHEDULING ORDER NO. 1</u>

TRC COMPANIES, INC., TRC   :
ENGINEERS, INC., and TRC
ENVIRONMENTAL CORPORATION,   :

                    Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        A conference in this action is scheduled for August 11, 2006 at 3:00 p.m.

Counsel are directed to appear at the appointed time in Courtroom 11D of the United States

Courthouse located at 500 Pearl Street, New York, NY 10007.

Dated:    August 3, 2006
           New York, New York

                                       SO ORDERED:

                                       WILLIAM H. PAULEY III
                                            U.S.D.J.

*Counsel of Record*:

Richard Ben-Veniste, Esq.
Richard Spehr, Esq.
Mayer, Brown, Rowe & Mawe LLP
1675 Broadway
New York, NY 10019
*Counsel for Plaintiff*

Gail S. Port, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
*Counsel for Defendants*