Received 08/01/2006 06:31PM in 01:20 on line [0] for RF004903
AUG 01 2006  6:28 PM FR PROSKAUER ROSE                           4955 P.03

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

EAST RIVER REALTY COMPANY LLC,

               Plaintiff,

     -against-

TRC COMPANIES, INC.,
TRC ENGINEERS, INC.
TRC ENVIRONMENTAL CORPORATION,

               Defendants.

------------------------------------------------------------x

Docket No. 1:06-cv-05417 (WHP)

**STIPULATION TO EXTEND TIME**

SO ORDERED:

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III U.S.D.J.
8/7/06

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff East River Realty Company LLC ("ERRC") and Defendants TRC Companies, Inc., TRC Engineers, Inc. and TRC Environmental Corporation (collectively "TRC") that the date for TRC to move, answer or otherwise respond to the complaint in the above-entitled action be extended from August 10, 2006 to August 14, 2006, pending further order of the Court.

Dated: New York, New York
       August 1, 2006

MAYER, BROWN, ROWE & MAW LLP

By: _____
    Ryan P. Farley, Esq.

PROSKAUER ROSE LLP

By: _____
    Michelle R. Migdon, Esq.

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

EAST RIVER REALTY COMPANY LLC,

                  Plaintiff,

                  Docket No. 1:06-cv-05417 (WHP)

        -against-

**STIPULATION TO EXTEND TIME**

TRC COMPANIES, INC.,
TRC ENGINEERS, INC.
TRC ENVIRONMENTAL CORPORATION,

                  Defendants.

------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff East River Realty Company LLC ("ERRC") and Defendants TRC Companies, Inc., TRC Engineers, Inc. and TRC Environmental Corporation (collectively "TRC") that the date for TRC to move, answer or otherwise respond to the complaint in the above-entitled action be extended from August 10, 2006 to August 14, 2006, pending further order of the Court.

Dated: New York, New York
         August 1, 2006

MAYER, BROWN, ROWE & MAW LLP                      PROSKAUER ROSE LLP

By: _____                                      By: _____
     Ryan P. Farley, Esq.                                             Michelle R. Migdon, Esq.

-2-

| | |
|---|---|
| 1675 Broadway<br>New York, New York 10019<br>212-506-2500 | 1585 Broadway<br>New York, New York 10036<br>212-969-3000 |
| Attorneys for Plaintiffs East River Realty Realty Company LLC | Attorneys for Defendants TRC Companies, Inc., TRC Engineers, Inc. and TRC Environmental Corporation |

So Ordered.

_____
Honorable William H. Pauley III
United States District Judge