USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/14/06__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
EAST RIVER REALTY COMPANY LLC,  :

                   Plaintiff,      :            06 Civ. 5417 (WHP)

            -against-           :            ORDER OF REFERENCE
                                      TO A MAGISTRATE JUDGE

TRC COMPANIES, INC., TRC       :
ENGINEERS, INC., and TRC
ENVIRONMENTAL CORPORATION,   :

                 Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

_____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Specific Non-Dispositive Motion/Dispute:*
_____ _____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__X__ Settlement*

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

================================================================

DATED:   August 14, 2006
            New York, New York           SO ORDERED:

                                             _____
                                        WILLIAM H. PAULEY III
                                             U.S.D.J.

*Counsel of Record*:

Richard Ben-Veniste, Esq.
Richard Spehr, Esq.
Mayer, Brown, Rowe & Mawe LLP
1675 Broadway
New York, NY 10019
*Counsel for Plaintiff*

Gail S. Port, Esq.
Michelle Migdon, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
*Counsel for Defendants*