UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

EAST RIVER REALTY COMPANY LLC,

        Plaintiff,

        -against-

TRC COMPANIES, INC., TRC ENGINEERS, INC.
& TRC ENVIRONMENTAL CORPORATION,

        Defendants.

------------------------------------x

06 Civ. 5417 (WHP) (AJP)

ORDER SCHEDULING
<u>STATUS CONFERENCE</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/06

**ANDREW J. PECK, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that a status conference is scheduled for August 21, 2006 at 11:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

    Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

    SO ORDERED.

Dated:    New York, New York
          August 15, 2006

                                          Andrew J. Peck
                                          United States Magistrate Judge

Copies **by fax & ECF** to:    Richard Ben-Veniste, Esq.
                                   Richard A. Spehr, Esq.
                                   Michelle R. Migdon, Esq.
                                   Judge William H. Pauley III