Subparagraph II.G of this Order. If Volunteer elects not to develop a Work Plan under this Subparagraph or either party concludes that a mutually acceptable Work Plan under this Subparagraph cannot be negotiated, then this Order shall terminate in accordance with Paragraph XII.

### G.   Notice of Proposed Work Plan for the Site's Remediation

Whenever a Work Plan for the Site's remediation (other than an IRM Work Plan) is proposed, the Department will publish a notice in the Environmental Notice Bulletin to inform the public of the opportunity to submit comments on the proposed Work Plan within 30 Days after the date of the issue in which the notice appears. The Department shall mail an equivalent notice to the City of New York. The Department will notify Volunteer following the close of the public comment period whether the proposed Work Plan needs to be revised. If the Department determines that revisions are necessary to protect human health or the environment for the Contemplated Use, Volunteer agrees to negotiate revisions to the proposed Work Plan in accordance with Paragraph II.C. If the Department determines that no revisions are required, then the Work Plan shall be attached hereto as Exhibit "B."

### H.   Release and Covenant Not to Sue

Upon the Department's determination that i) it is satisfied with the implementation of the Order; ii) no remedial activities other than those conducted at the Site, if any, are necessary for the Contemplated Use to proceed with protection of human health and the environment; and iii) Volunteer has complied, if required, with Paragraph X, the Department shall provide Volunteer with a Release and Covenant Not to Sue which is substantially similar to the one attached hereto as Exhibit "C," subject to the terms and conditions stated therein.

## III.   Progress Reports

Volunteer shall submit written monthly progress reports to the parties identified in Subparagraph XI.A.1. by the 10th day of each month commencing with the month subsequent to the approval of the first Work Plan and ending with the Termination Date. Such reports shall, at a minimum, include: all actions taken pursuant to this Order during the previous month and those anticipated for the next month; all results of sampling and tests and all other data received or generated by Volunteer or Volunteer's contractors or agents, whether under this Order or otherwise, in the previous month, including quality assurance/quality control information; and information regarding percentage of completion, unresolved delays encountered or anticipated that may affect the future schedule, and efforts made to mitigate such delays.

## IV.   Enforcement

This Order shall be enforceable as an order under the laws of the State of New York. Volunteer shall not suffer any penalty or be subject to any proceeding or action if it cannot comply with any requirement of this Order as a result of a Force Majeure Event provided it notifies the Department in writing within 10 business days of when it obtains knowledge of any

such event. Volunteer shall include in such notice the measures taken and to be taken to prevent or minimize any delays and shall request an appropriate extension or modification of this Order. Volunteer shall have the burden of proving by a preponderance of the evidence that an event qualifies as a defense to compliance pursuant to this Paragraph.

V.    Entry upon Site

Volunteer hereby consents, upon reasonable notice under the circumstances presented, to entry upon the Site or areas in the vicinity of the Site which may be under the control of Volunteer, by any duly designated officer or employee of the Department or any State agency having jurisdiction with respect to the matters addressed in a Department-approved Work Plan, and any agent, consultant, contractor or other person so authorized by the Commissioner, all of whom shall abide by the health and safety rules in effect for the Site. Upon request, Volunteer shall permit the Department full access to all non-privileged records relating to matters addressed by this Order and to job meetings. Raw data is not considered privileged and that portion of any privileged document containing raw data must still be provided to the Department.

VI.    Payment of State Costs

Within 30 Days after receipt of an itemized invoice from the Department, Volunteer shall pay to the Department a sum of money which shall represent reimbursement for the State's expenses for work performed at or in connection with the Site prior to the effective date of this Order, as well as for negotiating this Order and all costs associated with this Order, but not including any expenses incurred by the State after the Termination Date. Each such payment shall be made by certified check payable to the Department of Environmental Conservation and shall be sent to: Bureau of Program Management, Division of Environmental Remediation, New York State Department of Environmental Conservation, 50 Wolf Road, Albany, NY 12233-7010.

Personal service costs shall be documented by reports of Direct Personal Service, which shall identify the employee name, title, biweekly salary, and time spent (in hours) on the project during the billing period, as identified by an assigned time and activity code. Non-personal service costs shall be summarized by category of expense (e.g., supplies, materials, travel, contractual) and shall be documented by expenditure reports.

VII.    Reservation of Rights

A.    Except as provided in the Release and Covenant Not to Sue (Exhibit "C") after its issuance, nothing contained in this Order shall be construed as barring, diminishing, adjudicating, or in any way affecting any of the Department's or the Trustee's rights including, but not limited to, the right to recover natural resource damages, the right to take any investigatory or remedial action deemed necessary, and the right to exercise summary abatement powers with respect to any party, including Volunteer.

B.    Except as otherwise provided in this Order, Volunteer specifically reserves all defenses under applicable law respecting any Departmental assertion of remedial liability against

8

Volunteer, and further reserves all rights respecting the enforcement of this Order, including the rights to notice, to be heard, to appeal, and to any other due process. The existence of this Order or Volunteer's compliance with it shall not be construed as an admission of liability, fault or wrongdoing by Volunteer, and shall not give rise to any presumption of law or finding of fact which shall inure to the benefit of any third party.

        C.      Except as provided in Subparagraph XIV.M, Volunteer reserves such rights as it may have to seek and obtain contribution and/or indemnification from its insurers and from other potentially responsible parties or their insurers for past or future response/cleanup costs or such other costs or damages arising from the contamination at the Site as provided under applicable State and federal law.

VIII.   Indemnification

      Volunteer shall indemnify and hold the Department, the State of New York, and their representatives and employees harmless for all claims, suits, actions, damages, and costs of every name and description arising out of or resulting from the fulfillment or attempted fulfillment of this Order prior to the Termination Date except for liability arising from willful, wanton or malicious acts or acts constituting gross negligence by the Department, the State of New York, and/or their representatives and employees during the course of any activities conducted pursuant to this Order.

IX.   Notice of Sale or Conveyance

        A.      Within 30 Days after the effective date of this Order, Volunteer shall cause to be filed the Notice of Order, which is attached to this Order as Exhibit "D," with the County Clerk in the county in which the Site is located and provide evidence of such filing to the Department. Volunteer may terminate such Notice on or after the Termination Date.

        B.      If Volunteer proposes to convey the whole or any part of Volunteer's ownership interest in the Site, Volunteer shall, not fewer than 60 Days before the date of conveyance, notify the Department in writing of the identity of the transferee and of the nature and proposed date of the conveyance and shall notify the transferee in writing, with a copy to the Department, of the applicability of this Order. However, such obligation shall not extend to the granting of any rights under any mortgage, deed, trust, assignment, judgment, lien, pledge, security agreement, lease or any other right accruing to a person to secure the repayment of money or the performance of a duty or obligation by a person not affiliated with Volunteer.

X.   Deed Restriction

      Within 60 Days of the Department's approval of a Remediation Work Plan which relies upon institutional controls, Volunteer shall, unless otherwise authorized by the Department in writing, cause to be recorded a Department-approved instrument to run with the land with the County Clerk in the county in which the Site is located which is substantially similar to Exhibit

"E" attached to this Order, and shall provide the Department with a copy of such instrument certified by such County Clerk to be a true and faithful copy. The Volunteer may petition the Department to terminate the deed restriction filed pursuant to this Paragraph when the Site is protective of human health and the environment for residential uses without reliance upon the restrictions set forth in such instrument. The Department will not unreasonably withhold its approval of such petition.

XI.    Communications

    A.    All written communications required by this Order shall be transmitted by United States Postal Service, by private courier service, or hand delivered.

        1.    Communication from shall be sent to:

            Thomas Gibbons, P.E.
            DER
            N.Y.S. Department of Environmental Conservation
            50 Wolf Road
            Albany, New York 12233
            Note: four copies (one unbound) of work plans are required to be sent.

            Kevin Carpenter, Central Office VCP Coordinator
            DER
            N.Y.S. Department of Environmental Conservation
            50 Wolf Road
            Albany, New York 12233

            Richard Gardineer
            Region 2 Office
            N.Y.S. Department of Environmental Conservation
            One Hunter's Point Plaza
            47-40, 21st Street
            Long Island City, N.Y. 11101-5407

            Gary Litwin
            Bureau of Environmental Exposure Investigation
            New York State Department of Health
            Flanigan Square
            547 River Street
            Troy, New York 12180-2216
            Note: two copies of work plans are required to be sent, and

            Michael J. Lesser, Esq.
            DEE
            N.Y.S. Department of Environmental Conservation

50 Wolf Road
Albany, New York 12233

2. Communication from the Department to Volunteer shall be sent to:

For TRC:

Robert O. Harris, M.P.H.
Senior TRC Vice President
1200 Wall Street West 2nd Fl.
Lyndhurst, N.J. 07071

Gail S. Port, Esq.
Proskauer Rose LLP
1585 Broadway
New York, N.Y. 10036-8299, and,

For FSM:

Susan E. Fine, Esq.
Executive Vice President
FSM East River Associates LLC
299 Park Avenue
42nd Floor
New York, N.Y. 10171, and,

Martin L. Edelman, Esq.
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, N.Y. 10022

B.    The Department and Volunteer reserve the right to designate additional or different addressees for communication on written notice to the other.

XII.    Termination of Order

Either party may elect to terminate this Order, in which event this Order shall terminate effective the 5th Day after the written notification terminating this Order, except that such termination shall not affect the provisions contained in Paragraphs IV, VI and VIII and in Subparagraph XIV.M, nor Volunteer's obligation to ensure that it does not leave the Site in a condition, from the perspective of human health and environmental protection, worse than that which prevailed before any activities were commenced under this Order, which provisions and obligation shall survive the termination of this Order.

11

XIII.   Dispute Resolution

Volunteer may commence dispute resolution within 20 Days of Volunteer's receipt of the Department's notice of disapproval of a submittal or proposed Work Plan, disapproval of a final report, or termination of this Order pursuant to Subparagraph XIV.A.2. Disputes regarding Work Plan development and revision shall be heard by the Bureau Director of the Division of Environmental Remediation's remedial bureau within which the Site is located. All other disputes subject to dispute resolution shall be heard by the Assistant Division Director of the Division of Environmental Remediation. Volunteer shall serve upon the Department a request for dispute resolution and a written statement of the issues in dispute, the relevant facts upon which the dispute is based, factual data, analysis or opinion supporting its position, and all supporting documentation upon which Volunteer relies (hereinafter called the "Statement of Position"). The Department shall serve its Statement of Position no later than 20 Days after receipt of Volunteer's Statement of Position. Volunteer shall have the burden of proving that the Department's position should not prevail. A meeting or telephone conference can be scheduled if it will promote a resolution of the issues. A final decision resolving the dispute will be issued timely. The final decision shall constitute a final agency action and Volunteer shall have the right to seek judicial review of the decision pursuant to Article 78 of the CPLR if Volunteer commences such proceeding no later than 30 Days after receipt of a copy of the decision. The invocation of dispute resolution shall not extend, postpone or modify Volunteer's obligations under this Order with respect to any item not in dispute unless or until the Department agrees or a court determines otherwise. The Department shall keep an administrative record which shall be available consistent with Article 6 of the Public Officers Law.

XIV.   Miscellaneous

A.   1.   Volunteer hereby certifies that all information known to Volunteer and all information in the possession or control of Volunteer and its agents which relates in any way to the contamination existing at the Site on the effective date of this Order, and to any past or potential future release of hazardous substances, pollutants, or contaminants at or from the Site, and to its application for this Order, has been fully and accurately disclosed to the Department.

2.   If the information provided and certifications made by Volunteer are not materially accurate and complete, this Order, except with respect to the provisions of Paragraphs IV, VI and VIII and Subparagraph XIV.M, at the sole discretion of the Department, and shall be null and void *ab initio* 15 Days after the Department's notification of such inaccuracy or incompleteness and the Department shall reserve all rights that it may have, unless, however, Volunteer submits information within that 15 Day time period indicating that the information provided and the certifications made were materially accurate and complete.

C.   Each party shall have the right to take samples and to obtain split samples, duplicate samples, or both, of all substances and materials sampled by the other party.

D.   Volunteer shall allow the Department to attend and shall notify the Department at least 5 business days in advance of any field activities to be conducted pursuant to this Order as

well as any prebid meetings, job progress meetings, substantial completion meeting and inspection, and final inspection and meeting.

E.    Volunteer shall obtain all permits, easements, rights-of-way, rights-of-entry, approvals, or authorizations necessary to perform Volunteer's obligations under this Order, except that the Department may exempt Volunteer from the requirement to obtain any permit issued by the Department for any activity that is conducted on the Site and that the Department determines satisfies all substantive technical requirements applicable to like activity conducted pursuant to a permit.

F.    Volunteer shall not be considered an operator of the Site solely by virtue of having executed and/or implemented this Order.

G.    Volunteer shall provide a copy of this Order to each contractor and subcontractor hired to perform work required by this Order and to each person representing Volunteer with respect to the Site and shall condition all contracts entered into in order to carry out the obligations identified in this Order upon performance in conformity with the terms of this Order.

H.    The paragraph headings set forth in this Order are included for convenience of reference only and shall be disregarded in the construction and interpretation of any provisions of this Order.

I.    1.    The terms of this Order shall constitute the complete and entire Order between the Department and Volunteer concerning the implementation of the work plan(s) attached to this Order. No term, condition, understanding or agreement purporting to modify or vary any term of this Order shall be binding unless made in writing and subscribed by the party to be bound. No informal advice, guidance, suggestion, or comment by the Department regarding any report, proposal, plan, specification, schedule, or any other submittal shall be construed as relieving Volunteer of Volunteer's obligation to obtain such formal approvals as may be required by this Order. In the event of a conflict between the terms of this Order and any Work Plan submitted pursuant to this Order, the terms of this Order shall control over the terms of the Work Plan(s) attached as Exhibit "B." Volunteer consents to and agrees not to contest the authority and jurisdiction of the Department to enter into or enforce this Order.

2.    If Volunteer desires that any provision of this Order be changed, Volunteer shall make timely written application to the Commissioner with copies to the parties listed in Subparagraph XI.A and the Commissioner or his designee shall timely respond. This Subparagraph shall not extend to revisions to any Work Plan.

J.    The activities to be undertaken under the terms of this Order are not subject to review under the State Environmental Quality Review Act, ECL Article 8, and its implementing regulations.

K.    If there are multiple parties, the term "Volunteer" shall be read in the plural where required to give meaning to this Order. Further, the obligations of the Volunteers under this

13

Order are joint and several and the "bankruptcy" or inability to continue by any Volunteer shall not affect the obligations of the remaining Volunteer(s) to carry out the obligations under this Order.

L.     Except as provided in Subparagraph XIV.M., and to the extent authorized under 42 U.S.C. Section 9613 and any other applicable law, Volunteer shall not be liable for any claim, now or in the future, in the nature of contribution by potentially responsible parties concerning the alleged contamination which is the subject matter of this Order. In any future action brought by Volunteer against a potentially responsible party under the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended, the provisions of 42 U.S.C. Section 9613(f)(3) shall apply.

M.     Volunteer and its employees, servants, agents, lessees, sublessees, successors, and assigns hereby waive any right to pursue reimbursement of monies expended by Volunteer prior to the Termination Date as against the State or the Spill Fund, and agree to indemnify and hold harmless the Spill Fund from any and all legal or equitable claims, suits, causes of action, or demands whatsoever with respect to the Site that any of same has or may have as a result of Volunteer's entering into or fulfilling the terms of this Order with respect to the Site.

N.     Volunteer, Volunteer's lessees, sublessees, successors, and assigns shall be bound by this Order. Any change in ownership of Volunteer including, but not limited to, any transfer of assets or real or personal property, shall in no way alter Volunteer's responsibilities under this Order. Volunteer's successors and assigns shall provide to the Department a certification that they agree to be bound by this Order within 30 Days of becoming a successor or assign.

O.     The effective date of this Order shall be the date it is signed by the Commissioner or his designee.

DATED: June 27, 2001

ERIN M. CROTTY, COMMISSIONER
NEW YORK STATE DEPARTMENT OF
ENVIRONMENTAL CONSERVATION AND
TRUSTEE OF THE STATE'S NATURAL
RESOURCES

CONSENT BY RESPONDENT TRC

Volunteer hereby consents to the issuing and entering of this Order, waives Volunteer's right to a hearing herein as provided by law, and agrees to be bound by this Order.

TRC Companies, Inc.

By: _____
    Michael Salmon

Title: _Senior Vice President_

Date: _May 25, 2001_

STATE OF ~~NEW YORK~~ _California_     )
                                        ) s.s.:
COUNTY OF _Orange_                      )

On the _25th_ day of _May_, in the year 2001, before me, the undersigned, personally appeared _Michael Salmon_, personally known to me ~~or~~ ~~proved to me on the basis of satisfactory evidence~~ to be the individual(s) whose name is ~~(are)~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ capacity(~~ies~~), and that by his/~~her/their~~ signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Signature and Office of individual
taking acknowledgment

THICH VAN PHUNG
Commission # 114__
Notary Public - C__
Orange C__
My Comm. Expires Jul __

15

## CONSENT BY RESPONDENT FSM

Volunteer hereby consents to the issuing and entering of this Order, waives Volunteer's right to a hearing herein as provided by law, and agrees to be bound by this Order.

FSM EAST RIVER ASSOCIATES LLC

By: _Sus  Fine_

Title: _Executive Vice President_

Date: _May 29, 2001_

STATE OF NEW YORK   )
                                        ) s.s.:
COUNTY OF _New York_ )


On the _29th_ day of _May_, in the year 2001, before me, the undersigned, personally appeared _Susan Fine_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.


_Cheryl Bloom_
Signature and Office of individual
taking acknowledgment


CHERYL BLOOM
Notary Public, State of New York
No. 31-4755382
Qualified in New York County
Commission Expires 4/30/2022

16

EXHIBIT "A"

Map of Site



EXHIBIT "B"

Department-Approved Work Plan(s)

EXHIBIT "C"
Release and Covenant Not to Sue

Unless otherwise specified in this letter, all terms used in this letter shall have the meaning assigned to them under the terms of the Voluntary Order entered into between the New York State Department of Environmental Conservation (the "Department") and_____ ("Volunteer"), Index No._____ (the "Order").

The Department is pleased to report that the Department is satisfied that the Order's Work Plan(s) relative to the Site, located at_____ _____has been successfully implemented.

The Department and the Trustee of New York State's natural resources ("Trustee"), therefore, hereby release, covenant not to sue, and shall forbear from bringing any action, proceeding, or suit against Volunteer and Volunteer's lessees and sublessees, successors and assigns, and their respective secured creditors, for the further investigation and remediation of the Site, and for natural resource damages based upon the release or threatened release of Covered Contamination, provided that (a) timely payments of the amounts specified in Paragraph VI of the Order continue to be or have been made to the Department, (b) appropriate deed restrictions remain recorded in accordance with Paragraph X of the Order, and (c) Volunteer and/or its' lessees, sublessees, successors, or assigns promptly commence and diligently pursue to completion the Work Plan providing for OM&M, if any. Nonetheless, the Department and the Trustee hereby reserve all of their respective rights concerning, and such release, covenant not to sue, and forbearance shall not extend to any further investigation or remedial action the Department deems necessary:

- due to off-Site migration of petroleum;

- due to environmental conditions or information related to the Site which were unknown at the time this Release and Covenant not to Sue was issued and which indicate that the Contemplated Use cannot be implemented with sufficient protection of human health and the environment;

- due to Volunteer's failure to implement the Order to the Department's satisfaction; or

- due to fraud committed by Volunteer in entering into or implementing this Order.

Additionally, the Department and the Trustee hereby reserve all of their respective rights concerning, and any such release, covenant not to sue, and forbearance shall not extend to Volunteer nor to any of Volunteer's lessees, sublessees, successors, or assigns who cause or allow a release or threat of release at the Site of any hazardous substance (as that term is defined at 42 USC 9601[14]) or petroleum (as that term is defined in Navigation Law § 172[15]), other than Covered Contamination; or cause or allow the use of the Site to change from the Contemplated Use to one requiring a lower level of residual contamination before that use can be implemented with sufficient protection of human health and the environment; nor to any of

19

Volunteer's lessees, sublessees, successors, or assigns who is otherwise a party responsible under law for the remediation of the Existing Contamination independent of any obligation that party may have respecting same resulting solely from the Order's execution.

Notwithstanding the above, however, with respect to any claim or cause of action asserted by the Department or the Trustee the one seeking the benefit of this release, covenant not to sue, and forbearance shall bear the burden of proving that the claim or cause of action, or any part thereof, is attributable solely to Covered Contamination.

Notwithstanding any other provision in this release, covenant not to sue, and forbearance,

- if with respect to the Site there exists or may exist a claim of any kind or nature on the part of the New York State Environmental Protection and Spill Compensation Fund against any party, nothing in this letter shall be construed or deemed to preclude the State of New York from recovering such claim.

- except as provided in this letter and in Order, nothing contained in the Order or in this letter shall be construed as barring, diminishing, adjudicating, or in any way affecting any of the Department's or the Trustee's rights (including, but not limited to, the right to recover natural resources damages) with respect to any party, including Volunteer.

- nothing contained in this letter shall prejudice any rights of the Department or the Trustee to take any investigatory or remedial action it deems necessary if Volunteer fails to comply with the Order or if contamination other than Existing Contamination is encountered at the Site.

- nothing contained in this letter shall be construed to prohibit the Commissioner or his duly authorized representative from exercising any summary abatement powers.

- nothing contained in this letter shall be construed to affect the Department's right to terminate the Order under the terms of the Order at any time during its implementation if Volunteer fails to comply substantially with the Order's terms and conditions.

In conclusion, the Department is pleased to be part of this effort to return the Site to productive use of benefit to the entire community.

NEW YORK STATE DEPARTMENT OF
ENVIRONMENTAL CONSERVATION AND
TRUSTEE OF THE NEW YORK STATE'S NATURAL
RESOURCES


By:_____

Appendix "A"

(to Exhibit "C")

Map of the Site

Exhibit "D"

## NOTICE OF ORDER

**This Notice** is made as of the _____ day of _____, 2001 by _____ regarding a parcel of real property located at_____ bearing Tax Map Number_____ (the "Property"); and

**WHEREAS,**_____("Volunteer"), entered into an Order with the Department, Index #_____ ( the "Order"), concerning the remediation of contamination present on the Property, which Order was signed by the Commissioner of Environmental Conservation on _____; and

**WHEREAS,** in return for the remediation of the Property pursuant to the Order to the satisfaction of the Department, the Department will provide Volunteer and its lessees and sublessees, successors and assigns, including their respective secured creditors, with a release, covenant not to sue, and forbearance from bringing any action, proceeding, or suit related to the Site's further investigation or remediation, subject to certain reservations set forth in the Order; and

**WHEREAS,** pursuant to the Order, Volunteer agreed to give notice of the Order to all parties who may acquire any interest in the Property by filing this Notice with the_____ County Clerk,

**NOW, THEREFORE,** Volunteer, for itself and for its successors and assigns, declares that:

1.    This Notice of the Order is hereby given to all parties who may acquire any interest in the Property; and

2.    This Notice shall terminate upon the filing by Volunteer, or its successors and assigns, of a termination of notice of Order after having first received approval to do so from the New York State Department of Environmental Conservation or having terminated the Order pursuant to its Paragraph XII.

**IN WITNESS WHEREOF,** Volunteer has executed this Notice of Order by its duly authorized representative.

Dated:                                    By: _____

STATE OF NEW YORK                    )
                                     ) ss:
COUNTY OF                            )

On the _____ day of _____, in the year 2001, before me, the undersigned, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Signature and Office of individual
taking acknowledgment

Appendix "A"

(to Exhibit "D")

Map of the Property

Exhibit "E"

DEED RESTRICTION

shall prohibit the Site from ever being used for purposes other than for the Contemplated Use without the express written waiver of such prohibition by the Department, or if at such time the Department shall no longer exist, any New York State department, bureau, or other entity replacing the Department;

shall prohibit the use of the groundwater underlying the Site without treatment rendering it safe for drinking water or industrial purposes, as appropriate, unless the user first obtains permission to do so from the Department, or if at such time the Department shall no longer exist, any New York State department, bureau, or other entity replacing the Department;

shall require Volunteer and Volunteer's successors and assigns to continue in full force and effect any institutional and engineering controls the Department requires Volunteer to put into place and maintain; and

shall provide that Volunteer, on behalf of itself and its successors and assigns, hereby consents to the enforcement by the Department, or if at such time the Department shall no longer exist, any New York State department, bureau, or other entity replacing the Department, of the prohibitions and restrictions that this Paragraph X requires to be recorded, and hereby covenants not to contest such enforcement.

Glossary of Terms

The following terms shall have the following meanings:

"ALJ": Administrative Law Judge

"Covered Contamination": the concentrations of Existing Contamination remaining on the Site on the date that the Department issues the Release set forth in Exhibit "C."

"ECL": the Environmental Conservation Law.

"Force Majeure Event": an event which is brought on as a result of fire, lightning, earthquake, flood, adverse weather conditions, strike, shortages of labor and materials, war, riot, obstruction or interference by adjoining landowners, or any other fact or circumstance beyond Volunteer's reasonable control.

"Day": a calendar day unless otherwise specified.

"Department": the New York State Department of Environmental Conservation.

"IRM": an interim remedial measure which is a discrete set of activities which can be undertaken without extensive investigation and evaluation to prevent, mitigate, or remedy environmental damage or the consequences of environmental damage attributable to a Site.

"NL": the Navigation Law

"OM&M WORK Plan": the Department-approved work plan detailing post-remedial operation, maintenance, and monitoring at the Site that Volunteer shall implement.

"Professional engineer": an individual registered as a professional engineer in accordance with Article 145 of the New York State Education Law. If such individual is a member of a firm, that firm must be authorized to offer professional engineering services in the State of New York in accordance with Article 145 of the New York State Education Law.

"Spill Fund": the New York State Environmental Protection and Spill Compensation Fund

"State Costs": all the State's expenses including, but not limited to, direct labor, fringe benefits, indirect costs, travel, analytical costs, and contractor costs incurred by the State of New York for negotiating, implementing, and administering this Order. Approved agency fringe benefit and indirect cost rates will be applied.

"Termination Date": the date upon which (i) the Release (Exhibit "C") is issued or the Department approves the final report relative to the OM&M at the Site, whichever is later; or (ii) the Order terminates pursuant to Paragraph XII. or Subparagraph XIV.A.2.

"Trustee": the Trustee of New York State's natural resources.

"Work Plan": a Department-approved work plan, as may be modified, pertaining to the Site that Volunteer shall implement and that is attached to this Order.

# Attachment H

# Site's Environmental History

## ATTACHMENT H

## SITE'S ENVIRONMENTAL HISTORY

1. ENVIRONMENTAL DATA:

Please refer to the following principal environmental reports and plans previously submitted to NYSDEC in accordance with the Voluntary Cleanup Program application and under the VCO:

    a.    685 First Avenue - Parking Lot - VCP Site Number V-00-429-2

        1.  *Phase I Environmental Site Assessment*, 40th Street and First Avenue Property, Foster Wheeler Environmental Corporation, September 1998.

        2.  *Underground Storage Tank Closure Report*, East 40th Street, Manhattan, New York, December 1998.

        3.  *Investigation Report, 39th Street Parking Lot*, New York, New York, Roy F. Weston, Inc., June 1999.

        4.  *UST Closure & Soil Remediation Summary*, East 39th Street Parking Lot, Con Edison, January 18, 2000.

        5.  *Site Investigation Report*, First Avenue & 39th Street, Manhattan, New York, Jacques Whitford, June, 2000.

        6.  *Well Gauging Monitoring Report*, Table 1:  First Avenue & 39th Street, Jacques Whitford Company, December 2000.

        7.  *Supplemental Soil Investigation Work Plan*, First Avenue Properties, New York, New York, TRC, February 2001.

        8.  *Interim Remedial Measures (IRM) Work Plan*, Parking Lot Property, 685 First Avenue, New York, New York, TRC, July 2001.

        9.  *IRM Work Plan Supplement 1*, Parking Lot Property, 685 First Avenue, New York, New York, TRC, October 18, 2001.

      10.  *Interim Remedial Measures (IRM) Work Plan Supplement 2*, Parking Lot Property, 685 First Avenue, New York, New York, October 21, 2001.

      11.  *Final Report for Interim Remedial Measures (IRM) Work Plans and Parking Lot Remediation Work Plan*, Parking Lot Property, 685 First Avenue, New York, New York, TRC, July 2002.  (Approved November 14, 2002 (approval letter attached)).

    b.    700 First Avenue - Waterside Generating Station - VCP Site Number V-00-432-2

        1.  *Phase I Environmental Site Assessment*, Waterside Generating Station, 700 First Avenue Property, Foster Wheeler, January 2000.

        2.  *Phase II Environmental Site Assessment*, Waterside No. 1 & No. 2 Generating Stations and 708 First Avenue Properties, Foster Wheeler, March 2000.

**Attachment H (cont'd)**

3.   *Supplemental Soil Investigation Work Plan*, First Avenue Properties, New York, New York, TRC, February 2001.

4.   *Draft Supplemental Soil Investigation Final Report and Remediation Work Plan*, Waterside Generating Station, 700 First Avenue, New York, New York, TRC, February 2003.

5.   *First Avenue Vaults Supplemental Investigation Addendum Final Report and IRM Work Plan*, Waterside Generating Station, 700 First Avenue, New York, New York, TRC, November 2003. (Approved June 5, 2002 (approval letter attached)).

c.   708 First Avenue Office Building, VCP Site Number V-00-431-2

1.   *Phase I Environmental Site Assessment*, 708 First Avenue Property, Foster Wheeler, December 1998.

2.   *Phase II Environmental Site Assessment*, Waterside No. 1 & No. 2 Generating Stations and 708 First Avenue Properties, Foster Wheeler, March 2000.

3.   *Supplemental Soil Investigation Work Plan*, First Avenue Properties, New York, New York, TRC, February 2001.

4.   *Supplemental Soil Investigation Final Report and Remediation Work Plan*, 708 Office Building Property, 708 First Avenue, New York, New York, TRC, June 2002.

2.   OWNERS:

Present owner of the Site: Consolidated Edison Company of New York, Inc. formerly known as Edison Electric Illuminating Co. of New York, The New York Edison Company, Equitable Gas Light Company of New York and the New York Steam Corporation (by Certificate of Merger). As to a small portion of 700 First Avenue (Waterside): The City of New York pursuant to a 1,000-year lease with The Consolidated Edison Company of New York, Inc.

PREVIOUS OWNERS:

685 First Avenue (Parking Lot): United Parcel Service General and Longpat Corp. (each as to certain portions of the site)
     Relationship to Co-Applicants: None

708 First Avenue (708 Office Building): Walter C. Cutting, sole qualified executor under The Last Will and Testament of Gertrude Cutting dated July 17, 1883
     Relationship to Co-Applicants: None

700 First Avenue (Waterside): James Parker Dodd, The City of New York and New Amsterdam Gas Company (each as to certain portions of the site)
     Relationship to Co-Applicants: None

**Attachment H (cont'd)**

3.  OPERATORS:

    Consolidated Edison Company of New York, Inc.
    4 Irving Place
    New York, New York 10003

    Relationship to Co-Applicant:

    TRC Companies, Inc. is the remediation contractor to under the VCO pursuant to the Exit
    Strategy® Contract between TRC Companies, Inc. and previous operator Consolidated
    Edison Company of New York, Inc.

    East River Realty Company, LLC is the contract vendee and future developer of the Site.

# Attachment I

# Contact
# List
# Information

# ATTACHMENT I

## CONTACT LIST INFORMATION

1.  THE CHIEF EXECUTIVE OFFICER AND ZONING BOARD CHAIRPERSON OF EACH COUNTY, CITY, TOWN AND VILLAGE IN WHICH THE SITE IS LOCATED.

    A.  <u>Chief Executive Officer</u>
        Mayor Michael R. Bloomberg
        City Hall
        New York, New York 10007

    B.  <u>City of New York, Director of Zoning Department</u>
        Michael Weil
        Department of City Planning
        22 Reade Street
        New York, New York 10007

    C.  <u>Manhattan Borough Office</u>
        Vishaan Chakrabarti
        22 Reade Street, 6th Floor West
        New York, New York 10007-1216
        Tel: (212) 720-3480

2.  RESIDENTS, OWNERS, AND OCCUPANTS OF THE SITE AND PROPERTIES ADJACENT TO THE SITE.

    616 First Avenue: North is Manhattan Place apartment building (630 First Avenue); east is FDR Drive; south is Rivergate apartments (606 First Avenue); west is St. Vartan's Park.

3.  LOCAL NEWS MEDIA FROM WHICH THE COMMUNITY TYPICALLY OBTAINS INFORMATION.

    Newspapers: Daily News, New York Post, Our Town (c/o Manhattan Media)
    Television: NY1

4.  THE PUBLIC WATER SUPPLIER WHICH SERVICES THE AREA IN WHICH THE SITE IS LOCATED.

    New York City Department of Environmental Protection
    59-17 Junction Boulevard
    Corona, New York 11368

**Attachment I (cont'd)**

5.   ANY PERSON WHO HAS REQUESTED TO BE PLACED ON THE SITE CONTACT
     LIST.

**DEPARTMENT OF PUBLIC SERVICE**
**KEVIN LANG, ESQ.**
Three Empire State Plaza
Albany, NY 12223-1350
Phone: 518-473-1140
Fax:    518-486-5710
Email:  Kevin_Lang@dps.state.ny.us

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.**
4 Irving Place, Room 1815-S
New York, NY 10003
**CHANOCH LUBLING, ESQ.**
Phone: 212-460-3302
Fax:    212-677-5850
Email:  LublingC@coned.com
**CANDIDA L. CANIZIO, ESQ.**
Phone: 212-460-3188
Fax:    212-260-8627
Email:  CanizioC@coned.com
**MARY KRAYESKE, ESQ.**
Phone: 212-460-1340
Fax:    212-677-5850
Email:  KrayeskeM@coned.com

**ALAN M. BERMAN, ESQ.**
**LEBOEUF, LAMB, GREENE & MACRAE, L.L.P.**
125 West 55th Street
New York, NY 10019-5389
Phone: 212-424-8215
Fax:    212-424-8500
Email:  aberman@llgm.com

**Attachment I (cont'd)**

**EAST RIVER REALTY COMPANY, LLC**
9 West 57th Street, Suite 1610
New York, NY 10019
**JAMES A. SCHMIDT**
Phone: 212-308-0163
Fax:    212-308-3877
Email: jschmidt@eastriverrealty.com
**MARILYN B. SELIG**
Phone: 212-308-5198
Fax:    212-308-3877
Email: mselig@eastriverrealty.com

**DANIEL RIESEL, ESQ.**
**MICHAEL S. BOGIN, ESQ.**
**SIVE, PAGET & RIESEL, P.C.**
460 Park Avenue, 10th Floor
New York, NY 10022-1906
Phone: 212-421-2150
Fax:    212-421-1891
Email: driesel@sprlaw.com
         mbogin@sprlaw.com

**TRC COMPANIES, INC.**
1200 Wall Street West, 2nd Floor
Lyndhurst, New Jersey, 07071
**EDWARD J. MALLEY**
**MICHAEL A. SKIRKA, CHMM**
Phone: 201-933-5541
Fax:    201-933-5601
Email: emalley@trcsolutions.com
         mskirka@trcsolutions.com
**GAIL S. PORT ESQ.**
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036-8299
Phone: 212-969-3243
Fax:    212-969-2900
Email: gport@proskauer.com

**GIL QUINONES**
**NEW YORK CITY ECONOMIC**
**DEVELOPMENT CORPORATION**
110 William Street, 4th Floor
New York, NY 10038
Phone: 212-312-3762
Fax:    212-312-3915
Email: gquinones@nycedc.com

**EDAN G. UNTERMAN**
**EAST MIDTOWN COALITION FOR SENSIBLE DEVELOPMENT**
527 Third Avenue - #139
New York, NY 10016
Phone: 212-699-4599
Fax:
Email:  Eunterman@aol.com

**Attachment I (cont'd)**

**HON. C. VIRGINIA FIELDS**
**MANHATTAN BOROUGH PRESIDENT**
Attn:   Len Chong
Director Land Use Housing and Development
One Centre Street, 19th Fl. S.
New York, NY 10008
Phone: 212-669-8130
Fax:    212-669-7862
Email: lchong@manhattanbp.org

**HON. EVA S. MOSKOWITZ**
**COUNCIL MEMBER, 4TH DISTRICT**
Attn:   Josh Karetny
370 Lexington Avenue
Suite 2001A
New York, NY 10017
Phone: 212-818-0580
Fax:    212-860-0704
Email:  moskowitz@council.ny.cny.us
        j.karetny@inetmail.att.net

**HON. MARTIN CONNOR**
**SENATOR, 25TH DISTRICT**
270 Broadway, Suite 2011
New York, NY 10007
Phone: 212-298-5565
Fax:    212-298-5574
Email:  connor@senate.state.ny.us

**HON. THOMAS K. DUANE**
**SENATOR, 27TH DISTRICT**
Attn:   Brian Sogol
494 Eighth Avenue, #503
New York, NY 10001
Phone: 212-414-0200
Fax:    212-414-2156
Email:  duane@senate.state.ny.us

**HON. RICHARD N. GOTTFRIED**
**ASSEMBLYMAN, 64TH DISTRICT**
Attn:   Michael Rabinowitz
242 West 27th Street
New York, NY 10001
Phone: 212-807-7900
Fax:    212-243-2035
Email:  msrabiniowitz@pobox.com

**Attachment I (cont'd)**

**HON. JONATHAN BING**
**ASSEMBLYMAN, 73RD DISTRICT**
360 East 57th Street
Mezzanine Level
New York, NY 10022
Phone: 212-605-0937
Fax:
Email: bingj@assembly.state.ny.us

**HON. STEVEN SANDERS**
**ASSEMBLYMAN, 63RD DISTRICT**
Attn:   Burt Nusbacher
201 East 16th Street, 4th Floor
New York, NY 10003
Phone: 212-979-9696
Fax:    212-979-0594
Email: sanders@assembly.state.ny.us

**OUR TOWN**
63 West 38th Street, Suite 206
New York, NY 10018
Website: www.manhattanmedia.com

**HON. CAROLYN B. MALONEY**
**CONGRESSWOMAN, 14TH DISTRICT**
Attn:   Philip Craft
1651 Third Avenue, Suite 311
New York, NY 10128
Phone: 212-860-0606
Fax:    212-860-0704
Email: Philip.craft@mail.house.gov

**DEPARTMENT OF CITY PLANNING**
22 Reade Street, 4E
New York, NY 10007-1216
**ROBERT DOBRUSKIN, DIRECTOR**
**ENVIRONMENTAL ASSESSMENT & REVIEW**
Phone: 212-720-3423
Fax:    212-720-3495
Email: rdobrus@planning.nyc.gov
**BARRY DINERSTEIN**
Phone: 212-720-3324
Fax:    212-720-3495
Email: bdiners@planning.nyc.gov

Attachment I (cont'd)

**MANHATTAN CONMMUNITY BOARD #6**
**JOHN P. WEST, III**
5 West 37th Street
New York, NY 10018
Phone: 212-869-5300, Ext. 566
Fax:    212-997-2572
Email: jwest@communityp.com

**CHARLES BUCHWALD**
300 East 40th Street
New York, NY 10016
Phone: 212-634-8338
Fax:    212-687-7030
Email: cbuch@aya.yale.edu

**LOU SEPERSKY, PRESIDENT**
**COMMUNITY BOARD #6**
866 UN Plaza, Suite 308
New York, NY 10017
Phone: 212-319-3750
Fax:    212-319-3772
Email: cb6chair@aol.com

Attachment I (cont'd)

**GEORGE R. BROWN V, PRESIDENT**
**TUDOR CITY A'SSOCIATION, INC.**
5 Tudor City Place, #5-E
New York, NY 10017-6881
Phone: 212-471-2990
Fax:
Email:

**SUSAN STEINBERG, PRESIDENT**
**EAST RIVER ENVIRONMENTAL COALITION**
P.O. Box 1619, Peter Stuyvesant Station
New York, NY 10009
Phone: 212-606-4040
Fax:    212-420-4792
Email:  steinberg@go2wasa.com

**GARY LITWIN**
**STATE OF NEW YORK DEPARTMENT OF HEALTH**
Flanigan Square, 547 River Street
Troy, NY 12180-2216
Phone: 718-482-4973
Fax:    718-482-4043
Email:

**MARY CLARE BERGIN, PRESIDENT**
**SUTTON AREA COMMUNITY, INC.**
60 Sutton Place South
New York, NY 10022
Phone:
Fax:
Email:

**FRED ARCARO, PRESIDENT**
**MANHATTAN EAST COMMUNITY ASSOCIATION**
415 East 37th Street, Suite 10G
New York, NY 10016-3211
Phone: 212-855-2390
Fax:    212-855-2345
Email:  FredtheT@aol.com

Attachment I (cont'd)

**DIVISION OF ENVIRONMENTAL REMEDIATION**
**NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL**
 **CONSERVATION**
625 Broadway
Albany, NY 12233-7016
**MICHAEL LESSER**
Phone: 518-402-2794

**HON. LIZ KRUEGER**
**SENATOR, 26TH DISTRICT**
211 East 43rd Street, Suite 1300
New York, NY 10017
Phone:
Fax:
Email:

**KAY S. XANTHAKOS**
630 First Avenue, 21D
New York, NY 10016
Phone: 212-689-1345
Fax:
Email: xanthakos@aol.com

**ROBERT COZZY**
Division of Environmental Remediation
New York State Department of Environmental Conservation
625 Broadway
Albany, NY 12233-7016
Phone: 518-457-7924
Fax: 518-457-4198
Email: rjcozzy@gw.dec.state.ny.us

**Attachment I (cont'd)**

**JANE O'CONNELL**
New York State Department of Environmental Conservation
1 Hunter's Point Plaza, 47-40 21ˢᵗ Street
Long Island City, NY 11101-5407
Phone: 718-482-4973
Fax:     718-482-4043
Email:  jhoconne@gw.dec.state.ny.us

**KRISTA ANDERS**
State of New York Department of Health
Flanigan Square, Room 300
547 River Street
Troy, NY 12180-2216
Phone:        518-402-7880
Fax:     518-402-7859
Email:  kma06@health.state.ny.us

**MARK LOWERY**
Chief Bureau of Public Out Reach
Div. of Environmental Remediation
New York State Department of Environmental Conservation
625 Broadway
Albany, NY 12233-7016
Phone:        518-402-8027
Fax:     518-402-9036
Email:

**THOMAS KUNKEL**, Regional Director
NY State Dept. of Environmental Conservation
1 Hunter's Point Plaza, 47-40 21ˢᵗ Street
Long Island City, NY 11101-5407
Phone: 718-482-4900
Fax:     718-482-4954
Email:

6.     THE ADMINISTRATOR OF ANY SCHOOL OR DAY CARE FACILITY LOCATED ON OR NEAR THE SITE.

The following day care center is located near the site:

> Pre-School Development
> 400 East 34ᵗʰ Street
> New York, New York 10016

**Attachment I (cont'd)**

The following schools are located near the site:

1. P.S. 116
   Mary L. Murray School
   210 East 33rd Street
   New York, New York 10016
   Principal: Jane Hsu
   Tel: (212) 685-4366

2. Norman Thomas High School
   111 East 33rd Street
   New York, New York 10016
   Principal: Steven M. Satin
   Tel: (212) 576-0500

3. United Nations International School
   24-50 FDR Drive
   New York, New York 10010
   Director: Dr. Kenneth Wyre
   Tel: (212) 684-7400

4. The Family School
   323 East 4th Street
   New York, New York 10017
   Director: Lesley Nan Haberman
   Tel: (212) 688-5950

5. The Beekman School and Tutoring Center
   220 East 50th Street
   New York, New York 10022
   Headmaster: George Higgins
   Tel: (212) 755-6666

7. THE LOCATION OF A DOCUMENT REPOSITORY FOR THE PROJECT (E.G., LOCAL LIBRARY)

Dan Walsh
New York State Department of Environmental Conservation
Region 2
1 Hunter's Point Plaza
47-40 21st Street
Long Island City, New York 11101

New York Public Library
Kips Bay Branch
446 Third Avenue
New York, New York 10016

# Attachment J

# Contaminant
# Information

## ATTACHMENT J

## <u>CONTAMINANT INFORMATION</u>

Please refer to the documents listed in Attachments G and H.  These documents present the environmental contaminant information for each property comprising the Greater Waterside Site.

# Attachment K

# Land
# Use
# Factors
Question 13

## ATTACHMENT K

## LAND USE FACTORS
## QUESTION 13

QUESTION: Describe the proximity to real property currently used for residential use, and to urban, commercial, industrial, agricultural and recreational areas.

ANSWER: The properties comprising the Greater Waterside Site are located at the edge of the densely-built urban area of Midtown Manhattan. The area around the Site contains residential, commercial, industrial and recreational areas.

Several residential neighborhoods are located in the area of the subject properties. Each of these neighborhoods contains a mixture of residential towers, smaller residential buildings, ground-floor retail uses, and smaller office buildings. Residential areas are to the north and south of the 685 First Avenue parcel. The Waterside parcel, on the other hand, has residential areas to the west and south. Finally, the 708 First Avenue parcel has residential areas immediately to the west.

In the immediate vicinity of the subject properties, there are a variety of commercial areas that tend to be neighborhood oriented — shops, restaurants and delis, and local commercial establishments and services.

One of the subject properties is the present location of the Consolidated Edison Company's Waterside electric generating facility, an industrial use. Other industrial or related infrastructure uses include a New York City Department of Environmental Protection ("NYCDEP") water maintenance facility directly south of the Waterside electric generating facility and two Consolidated Edison substations, one just south of the NYCDEP facility and one adjacent to the 685 First Avenue parcel.

There are several recreation spaces in the area of the subject properties: Robert Moses playground, located just north of the 708 First Avenue site between East 41st and 42nd Streets; a stretch of the East River Esplanade, from south of East 38th Street to East 40th Street (with a few interruptions); and St. Vartan's Park between East 35th Street and East 36th Streets, and First and Second Avenues. There are also several public plazas associated with residential buildings in the area.

# Attachment L

# Land
# Use
# Factors
Question 14

## ATTACHMENT L

## LAND USE FACTORS
## QUESTION 14

QUESTION:  Describe the potential vulnerability of groundwater to contamination that might migrate from the site, including proximity to wellhead protection and groundwater recharge areas.

ANSWER:  The site investigations and NYSDEC comments to date have not indicated any issues at any of the properties comprising the Site with respect to contaminant migration that might adversely impact potential ground water receptors.  There are no significant wellhead protection zones, ground water recharge areas or other sensitive receptors located within the geographic domain covered under the completed site investigations or the associated Remediation Work Plans.

In addition, the aforementioned NYSDEC-approved Remediation Work Plans address the required complete remediation of ground water contamination sources and monitoring of any related ground water contamination until NYSDEC grants approval for no further action.

# Attachment M

# Land
# Use
# Factors
Question 15

ATTACHMENT M

LAND USE FACTORS
QUESTION 15

QUESTION:  Describe the geography and geology of the Site.

ANSWER:  This information is contained in the NYSDEC-approved Remediation Work Plans for each property comprising the Site previously submitted under the Voluntary Cleanup Program. The site geography, regional geology/hydrogeology, and site-specific geology/hydrogeology are thoroughly described for each such property in Section 3.0 of the respective approved Remediation Work Plan for such property.