```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
EAST RIVER REALTY COMPANY LLC,  :

                Plaintiff,   :   06 Civ. 5417 (WHP)

    -against-   :   ORDER

TRC COMPANIES, INC., TRC   :
ENGINEERS, INC., and TRC
ENVIRONMENTAL CORPORATION,   :

              Defendants.   :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

    The Clerk of Court is directed to unseal the Complaint in this action.

Dated:    August 11, 2006
           New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                              U.S.D.J.

*Counsel of Record*:

Richard Ben-Veniste, Esq.
Richard Spehr, Esq.
Mayer, Brown, Rowe & Mawe LLP
1675 Broadway
New York, NY 10019
*Counsel for Plaintiff*

Gail S. Port, Esq.
Michelle Migdon, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
*Counsel for Defendants*