UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EAST RIVER REALTY COMPANY LLC,

                Plaintiff,

              -against-

TRC COMPANIES, INC.,
TRC ENGINEERS, INC.,
TRC ENVIRONMENTAL CORPORATION,

                Defendants.

------------------------------------------------------------------x

Docket No. 1:06-CV-05417 (WHP)

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in this case for Defendants TRC Companies, Inc., TRC Engineers, Inc. and TRC Environmental Corporation.

I certify that I am admitted to practice in this court.

Dated: New York, New York
        August 25, 2006

                                      PROSKAUER ROSE LLP
                                      By: _____
                                      Joshua W. Ruthizer (JR 5742)
                                      1585 Broadway
                                      New York, NY 10036-8299
                                      Tel: (212) 969-3000
                                      Fax: (212) 969-2900
                                          *Attorneys for TRC Companies, Inc., TRC*
                                          *Engineers, Inc., and TRC Environmental*
                                          *Corporation*

- 1 -