UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

EAST RIVER REALTY COMPANY LLC,

             Plaintiff,

        -against-

TRC COMPANIES, INC.,
TRC ENGINEERS, INC.,
TRC ENVIRONMENTAL CORPORATION,

             Defendants.

-------------------------------------------------------x

Docket No. 1:06-CV-05417 (WHP)

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in this case for Defendants TRC Companies, Inc., TRC Engineers, Inc. and TRC Environmental Corporation.

I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 25, 2006

                              PROSKAUER ROSE LLP
                              By: _____
                              Jennifer R. Scullion (JS 8739)
                              1585 Broadway
                              New York, NY 10036-8299
                              Tel: (212) 969-3000
                              Fax: (212) 969-2900
                                    *Attorneys for TRC Companies, Inc., TRC*
                                    *Engineers, Inc., and TRC Environmental*
                                    *Corporation*