UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
EAST RIVER REALTY COMPANY LLC,                              :
                                                            :
                        Plaintiff,                          :
                                                            :   Docket No. 1:06-CV-05417 (WHP)
            -against-                                       :
                                                            :
TRC COMPANIES, INC.,                                        :
TRC ENGINEERS, INC.,                                        :
TRC ENVIRONMENTAL CORPORATION,                              :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------x

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in this case for Defendants TRC Companies, Inc., TRC Engineers, Inc. and TRC Environmental Corporation.

I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 25, 2006

                                PROSKAUER ROSE LLP
                                By: _____
                                Michelle R. Migdon (MM 4347)
                                1585 Broadway
                                New York, NY 10036-8299
                                Tel: (212) 969-3000
                                Fax: (212) 969-2900
                                    *Attorneys for TRC Companies, Inc., TRC
                                    Engineers, Inc., and TRC Environmental
                                    Corporation*

- 1 -