UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EAST RIVER REALTY COMPANY LLC,

              Plaintiff,

              Docket No. 1:06-CV-05417 (WHP)

-against-

TRC COMPANIES, INC.,
TRC ENGINEERS, INC.,
TRC ENVIRONMENTAL CORPORATION,

              Defendants.

------------------------------------------------------------x

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in this case for Defendants TRC Companies, Inc., TRC Engineers, Inc. and TRC Environmental Corporation.

I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 25, 2006

                                    PROSKAUER ROSE LLP
                                    By: _____
                                    Joshua W. Ruthizer (JR 5742)
                                    1585 Broadway
                                    New York, NY 10036-8299
                                    Tel: (212) 969-3000
                                    Fax: (212) 969-2900
                                        *Attorneys for TRC Companies, Inc., TRC*
                                        *Engineers, Inc., and TRC Environmental*
                                        *Corporation*