UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

EAST RIVER REALTY COMPANY LLC,

                Plaintiff,

-against-                  Docket No. 1:06-CV-05417 (WHP)

TRC COMPANIES, INC.,
TRC ENGINEERS, INC.,
TRC ENVIRONMENTAL CORPORATION,

                Defendants.

-------------------------------------------------------------x

## RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant TRC Companies, Inc. TRC Engineers, Inc. and TRC Environmental Corporation certifies that (1) TRC Companies, Inc. has no parent corporation and that no publicly held corporation owns 10% or more of its stock; (2) TRC Engineers, Inc. is a wholly-owned subsidiary of TRC Environmental Corporation; and (3) TRC Environmental Corporation is a wholly-owned subsidiary of TRC Companies, Inc.

Dated: New York, New York
August 25, 2006

PROSKAUER ROSE LLP

By: _____
Jennifer R. Scullion (JS 8739)
1585 Broadway
New York, NY 10036-8299
Tel: (212) 969-3000
Fax: (212) 969-2900