**Exhibit A**

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.

Selected Entity Status Information

**Current Entity Name:** CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.
**Initial DOS Filing Date:**
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.
4 IRVING PL
RM 1618S
NEW YORK, NEW YORK, 10003-3598

**Chairman or Chief Executive Officer**
EUGENE R MCGRATH
4 IRVING PL
RM 1610
NEW YORK, NEW YORK, 10003-3598

**Principal Executive Office**
CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.
4 IRVING PL
RM 1618S
NEW YORK, NEW YORK, 10003-3598

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page