**Exhibit D**

 

| Contact Us | About AIG | AIG Careers | AIG.com

Search AccessAIG

Home    Products    Services    AIG Companies

Home > Legal Notice

## Legal Notice

**LEGAL NOTICES**

The following legal notices are mandated by the state or jurisdiction indicated.

### NOTICE TO CALIFORNIA AND MASSACHUSETTS APPLICANTS AND INSUREDS:

The following insurance companies are member companies of American International Group, Inc. ("AIG"). You are provided with the following information pursuant to Secs. 702 and 703.1 of the California Insurance Code, as amended, and Massachusetts Division of Insurance Bulletin 2001-02:

| Insurance Company Name | Domicile | Address of Principal Place of Business | NAIC No. | Jurisdictions in which Insurance Business Transacted |
|---|---|---|---|---|
| AIG LIFE INSURANCE COMPANY | DE | One ALICO Plaza 600 King Street Wilmington, DE 19801 | 66842 | All U.S. states. DC and PR except NY. |
| AIU INSURANCE COMPANY | NY | 70 Pine Street New York, NY 10270 | 19399 | All U.S. states & DC except HI, WY. |
| AMERICAN INTERNATIONAL INSURANCE COMPANY | NY | 505 Carr Road Wilmington, DE 19809 | 32220 | All states & DC except CA, KS, ME, NJ, NC, OH, OR, TN, VT, VA, WY. |
| AMERICAN INTERNATIONAL INSURANCE COMPANY OF CALIFORNIA, INC. | CA | 777 South Figueroa Street Los Angeles, CA 90017 | 43761 | CA. |
| AMERICAN INTERNATIONAL INSURANCE COMPANY OF DELAWARE | DE | 505 Carr Road Wilmington, DE 19809 | 44245 | DE. |
| AMERICAN INTERNATIONAL INSURANCE COMPANY OF NEW JERSEY | NJ | 830 Bear Tavern Drive West Trenton, NJ 08628 | 10710 | NJ. |

| AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK | NY | 80 Pine Street New York, NY 10005 | 60607 | All U.S. states, DC, American Samoa, Guam and U.S. Virgin Islands except AZ, CT, MD. |
|---|---|---|---|---|
| AMERICAN INTERNATIONAL PACIFIC INSURANCE COMPANY | CO | 70 Pine Street New York, NY 10270 | 23795 | AK, CO, CT, DC, DE, IA, ME, MD, MA, MS, MT, NE, NH, ND, OK, OR, RI, SC, SD, UT, VT, WA, WV, WY only. |
| AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY | PA | The Rotunda 4201 Congress Street, S455 Charlotte, NC 28202 | 40258 | All U.S. states & DC except AL, CA, ME, MA, MN, NJ, NY, VT. |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY | AK | 70 Pine Street New York, NY 10270 | 26883 | AK only. Eligible as "surplus lines" insurer in all U.S. states & DC except NJ. |
| AMERICAN HOME ASSURANCE COMPANY | NY | 70 Pine Street New York, NY 10270 | 19380 | All U.S. states & DC. |
| BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA | PA | 70 Pine Street New York, NY 10270 | 19402 | All U.S. states & DC except HI. |
| COMMERCE AND INDUSTRY INSURANCE COMPANY | NY | 70 Pine Street New York, NY 10270 | 19410 | All U.S. states & DC. |
| DELAWARE AMERICAN LIFE INSURANCE COMPANY | DE | One ALICO Plaza 600 King Street Wilmington, DE 19801 | 62634 | All U.S. states, DC, American Samoa, Guam and U.S. Virgin Islands except MN, MO, NH, NC, NY. |
| GRANITE STATE INSURANCE COMPANY | PA | 70 Pine Street New York, NY 10270 | 23809 | All U.S. states & DC. |
| ILLINOIS NATIONAL INSURANCE CO. | IL | 500 West Madison Street Chicago, IL 60661 | 23817 | All U.S. states & DC except AR, CA, NC, VA. Eligible as "surplus lines" insurer in MS. |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | PA | 70 Pine Street New York, NY 10270 | 19429 | All U.S. states & DC. |

| Company | State | Address | NAIC | Jurisdictions |
|---|---|---|---|---|
| LANDMARK INSURANCE COMPANY | CA | 200 State Street Boston, MA 02109 | 35637 | AZ, CA, CO, HI, KS, MA, NV, NY, OR, WA only.<br><br>Eligible as "surplus lines" insurer in AL, AK, DC, DE, FL, GA, ID, IL, IN, IA, KY, LA, MD, MN, MO, MT, NE, NJ, NM, NC, ND, OH, OK, PA, RI, SD, TN, TX, UT, VT, VA, WV, WI, WY. |
| LEXINGTON INSURANCE COMPANY | DE | 200 State Street Boston, MA 02109 | 19437 | DE only.<br><br>Eligible as "surplus lines" insurer in all U.S. states & DC. |
| MINNESOTA INSURANCE COMPANY | MN | 10225 Yellow Circle Drive Minnetonka, MN 55343 | 25232 | MN, SD, TX, WI only. |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa. | PA | 70 Pine Street New York, NY 10270 | 19445 | All U.S. states & DC. |
| NEW HAMPSHIRE INSURANCE COMPANY | PA | 70 Pine Street New York, NY 10270 | 23841 | All U.S. states & DC except ME. |
| STARR EXCESS LIABILITY INSURANCE COMPANY LTD. | DE | 70 Pine Street New York, NY 10270 | 10932 | DE only.<br><br>Eligible as "surplus lines" insurer in AZ, CA, CO, ID, IN, IA, KS, KY, MD, MA, MS, MT, NJ, NY, NC, ND, OH, SC, TN, TX, VA, WI, WY. |

The listing of an insurance company in this notice shall not constitute a representation or guaranty that (1) insurance coverage will be provided to you by a member company of AIG, or (2) that any particular member company of AIG is authorized to offer in a state a particular type of insurance product or coverage. Products and coverages may not be available in all states or outside the U.S. The listing is provided for informational purposes only, as required by the regulatory authority cited.

"Jurisdictions in which Insurance Business Transacted" means that, unless indicated otherwise, the insurance company maintains a certificate of authority, which has been issued by the relevant insurance regulatory authorities, to transact insurance business in the jurisdiction(s) listed. If the insurance company only transacts insurance business in a jurisdiction as an eligible "surplus lines" insurer, the insurance company does not maintain such a certificate of authority in that jurisdiction.

Last updated 04/16/2004
Copyright © 1995-2006 American International Group, Inc. All rights reserved
Terms of Use | Privacy | Legal Notice | Global Site Index