**Exhibit F**

**For Release: IMMEDIATE**  
Wednesday, July 5, 2006

**Contact:** Maureen Wren  
(518) 402-8000

### DEC ANNOUNCES NEW DRAFT SUPERFUND/BROWNFIELD REGULATIONS
#### Public Comment Period, Information Meetings and Hearings Scheduled

The New York State Department of Environmental Conservation (DEC) today announced that revised draft regulations for the Inactive Hazardous Waste Disposal Site Remedial Program (State Superfund Program), the Environmental Restoration Program (ERP), and the new Brownfield Cleanup Program (BCP) have been issued and are available for public comment. The revisions are in response to the public comments received after draft regulations were proposed in November 2005. DEC is also proposing a new alternative remedial program for sites that may not be eligible for the BCP.

The draft regulations reflect statutory revisions to the State Superfund Program and ERP and to implement the new BCP. The regulatory changes are necessary to fully implement the comprehensive legislation enacted in 2003 to refinance and reform the State's Brownfield and Superfund programs. DEC has been administering and implementing the new and amended programs since the legislation's passage under guidance documents. DEC originally released draft regulations on November 16, 2005. Public meetings were held throughout the State in November and December 2005. DEC also held public hearings in March 2006.

In response to the public comments received, DEC has revised the draft regulations to ensure that cleanups are consistent with statutory requirements and protect public health and the environment, while also helping to stimulate the cleanup and revitalization of brownfield sites across the state. Among the changes made in response to public comments is a proposed reorganization of the draft regulation to separate the soil cleanup objective tables into a new Subpart 375-6. A number of changes have been made to the tables and an additional description of the use of the soil cleanup tables has been added. The deadline for submitting public comments on these revised Part 375 draft regulations is August 25, 2006.

A new Subpart 375-5, the "Remediation Stipulation Program" is also being proposed. This proposal provides for an alternative remedial program, application to which is voluntary, which will facilitate the clean up and reuse of contaminated sites. This program would help stimulate economic revitalization, while ensuring the continued protection of public health and the environment. It would address sites not eligible for the Brownfield Cleanup Program while ensuring the proper DEC oversight of the cleanup performed. The deadline for submitting public comments on this proposal is September 5, 2006.

**(MORE)**

The formal rule-making notice is scheduled to appear in the State Register on Wednesday, July 12, 2006, which initiates the formal public comment periods for the proposed regulations (http://www.dos.state.ny.us/info/register.htm ). DEC is making these documents available for advance review to provide the public additional opportunity to review the proposed regulations. To view the draft regulation, supporting documentation, and information for submitting comments, visit http://www.dec.state.ny.us/website/der/superfund/index.html on the DEC website.

DEC will conduct public information meetings about the proposed draft regulations in Buffalo and New York City to present the changes made to the proposal since November 2005, including the new Subpart 375-5, and will respond to questions from those in attendance. The locations of these meetings are as follows:

**Tuesday, July 18, 2006**
9:00 AM - 12:00 PM
Adam's Mark Hotel, Wright Room
120 Church Street
Buffalo, NY

**Wednesday, July 19, 2006**
1:00 PM - 4:00PM
CUNY Graduate Center, Recital Hall
365 5th Avenue
New York, NY

DEC will also hold two public hearings in Albany to solicit comments on the draft regulations as follows:

To comment on revisions to draft Subparts 375-1 through 375-4 and Subpart 375-6:

**Tuesday August 15, 2006**
1:00 PM
NYSDEC Headquarters
Public Assembly Room 129A&B
625 Broadway
Albany, NY

To comment on draft Subpart 375-5:

**Thursday August 31, 2006**
1:30 PM
NYSDEC Headquarters
Public Assembly Room 129A&B
625 Broadway
Albany, NY

**(MORE)**
-3-

In addition to being available on the DEC website, the complete text of the draft regulation, the Draft Generic Environmental Impact Statement (DGEIS) for the regulation, the Technical Support Document (TSD) for the Development of the Soil Cleanup Objectives, as well as all studies and documents referenced by the TSD, may be viewed at the following DEC offices. Please call the noted contact to make an appointment.

- X    NYSDEC Central Office: 625 Broadway, Albany, NY 12233, Attention: Michael Ryan (518) 402-9564
- X    NYSDEC Region 1 Office: SUNY, Building #40, Stony Brook, NY 11790, Attention: Walter Parish (631) 444-0240
- X    NYSDEC Region 2 Office: Hunters Point Plaza, 47-40 21st Street, Long Island City, NY 11101, Attention: Daniel Walsh (718) 482-4559
- X    NYSDEC Region 3 Office: 21 South Putt Corners Road, New Paltz, NY 12561, Attention: Ram Pergadia (845) 256-3146
- X    NYSDEC Region 4 Office: 1150 North Westcott Road, Schenectady, NY 12306, Attention: Allan Geisendorfer (518) 357-2390
- X    NYSDEC Region 5 Office: 1115 NYS Route 86, Ray Brook, NY 13601, Attention: Russ Huyck (518) 897-1242
- X    NYSDEC Region 6 Office: State Office Building, 317 Washington Street, Watertown, NY 13601, Attention: Darrell Sweredoski (315) 785-2515
- X    NYSDEC Region 7 Office: 615 Erie Boulevard West, Syracuse, NY 13204, Attention: James Burke (315) 426-7550
- X    NYSDEC Region 8 Office: 6274 East Avon-Lima Road, Avon, NY 14414, Attention: Bart Putzig (585) 226-5349
- X    NYSDEC Region 9 Office: 270 Michigan Avenue, Buffalo, NY 14202, Attention: Martin Doster (716) 851-7220

The public is also invited to submit written comments, in addition to the public hearing. Written comments should be mailed to: Robert W. Schick, P.E., NYSDEC, Division of Environmental Remediation, 625 Broadway, Albany, NY 12233-7014. Comments can be

emailed to: derweb@gw.dec.state.ny.us . For more information, contact Robert Schick at (518) 402-9662 or by email at derweb@gw.dec.state.ny.us .

###

06-103