**Exhibit A**

**CT-3**
2003  Final return  Amended return

New York State Department of Taxation and Finance
# General Business Corporation Franchise Tax Return
Tax Law - Article 9-A

2003 calendar-year filers check box: ☐
Other filers enter tax period:
beginning 07/01/2003 ending 06/30/2004

| Employer identification number | File number | Business telephone number | If you have any subsidiaries incorporated outside NYS, check box ☐ | If you claim an overpayment, check box ☒ |
|---|---|---|---|---|
| 13-0408630 | | 914-952-4040 | | |

Legal name of corporation: TRC ENGINEERS, INC.
Trade name/DBA:

Mailing name (if different from legal name above):
c/o:
Number and street or PO box: 7 SKYLINE DRIVE
City: HAWTHORNE, NY
State:
ZIP code: 10532-2156

State or country of incorporation: NEW JERSEY
Date of incorporation: 01/03/23
Foreign corporations: date began business in NYS: 05/13/1924

Date received (for Tax Department use only):

NAICS business code number (see instructions): 541600
If address above is new, check box ☐
Principal business activity: ENGINEERING SERVICES

If your name, employer identification number, address, or owner/officer information has changed, you must file Form DTF-95. If only your address has changed, you may file Form DTF-96. You can get these forms by fax, phone, or from our Web site. See the Need help? section of the instructions.

Audit (for Tax Department use only):

Metropolitan transportation business tax (MTA surcharge)
During the tax year did you do business, employ capital, own or lease property, or maintain an office in the Metropolitan Commuter Transportation District? If Yes, you must file Form CT-3M/4M (see instructions) ...... ☒ Yes ☐ No

A. Payment - pay amount shown on line 93. Make check payable to: **New York State Corporation Tax**
← Attach your payment here.
Payment enclosed

**Computation of entire net income base** (see Form CT-3/4-I, Instructions for Forms CT-4, CT-3, and CT-3-ATT)

**REDACTED**

**2004 CBT-100 PAGE 1**

# NEW JERSEY CORPORATION BUSINESS TAX RETURN

For taxable years ending on or after July 31, 2004 through June 30, 2005

Taxable year beginning __07 01 . 04__, and ending __06 30 . 05__

1062

| Federal Employer ID # | NJ Corporation # |
|---|---|
| 130-408-630/000 | 1014-6010 |

Corporation Name: **TRC ENGINEERS, INC.**

Mailing Address: **7 SKYLINE DRIVE**

| City | State | Zip Code |
|---|---|---|
| HAWTHORNE | NY | 10532-2156 |

Check if applicable: ☐ Initial return  ☐ 1120-S filer  ☐ Inactive

State and date of incorporation: **NJ 01/03/23**
Date authorized to do business in NJ: **01/03/1923**
Federal business activity code: **541600**
Corporation books are in the care of: **STMT 1**
at **HAWTHORNE, NY 10591-6703**
Telephone Number:

**DIVISION USE**
RP    NP    A _____    R _____

**REDACTED**