AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

____SOUTHERN____ DISTRICT OF ____NEW YORK____

East River Realty Co. LLC

v.

TRC Companies, Inc., et al.

**APPEARANCE**

Case Number: 06 CV 5417 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

East River Realty Co. LLC

I certify that I am admitted to practice in this court.

March 19, 2007
Date

*[signature]*
Signature

Richard E. Weill | RW 8193
Print Name | Bar Number

Boies, Schiller & Flexner LLP, 333 Main Street
Address

Armonk, New York  10504
City          State          Zip Code

(914) 749-8340 | (914) 749-8300
Phone Number | Fax Number