UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EAST RIVER REALTY COMPANY LLC,                  :

               Plaintiff,                   :    06 Civ. 5417 (WHP) (AJP)

            -against-                           :    ORDER SCHEDULING
                                                                             STATUS CONFERENCE

TRC COMPANIES, INC., et al.,                    :

               Defendants.                  :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

       IT IS HEREBY ORDERED that a status conference is scheduled for Thursday, March 22, 2007 at 10:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

       SO ORDERED.

Dated:     New York, New York
             March 21, 2007

                                                  Andrew J. Peck
                                          United States Magistrate Judge

Copies **by fax & ECF** to:    Richard E. Weill, Esq.
                                   Richard Ben-Veniste, Esq.
                                   Claude Millman, Esq.
                                   Judge William H. Pauley III