```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................
                                                    :
EAST RIVER REALTY COMPANY LLC,
            Plaintiff,                              :

        - against -                                 Docket No. 06 CV 5417 (WHP)(AJP)

TRC COMPANIES, INC.,                                :
TRC ENGINEERS, INC., and                            STIPULATION OF DISMISSAL
TRC ENVIRONMENTAL CORPORATION,                      WITH PREJUDICE

            Defendants,

                                                    :
...................................................

Plaintiff East River Realty Company LLC and Defendants TRC Companies, Inc., TRC Engineers, Inc. and TRC Environmental Corporation stipulate and agree that this action is dismissed with prejudice and without costs or attorneys' fees.

Dated: New York, NY
April __, 2007

_____
East River Realty Company LLC

_____
TRC Companies, Inc.

_____
TRC Engineers, Inc.

_____
TRC Environmental Corporation

SO ORDERED:

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

6613/73875-008 Current/9540208v1

04/20/2007 02:22 PM

BY FAX