DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EAST RIVER REALTY COMPANY LLC,  :

                          Plaintiff,    :        06 Civ. 5417 (WHP)

          -against-            :        <u>ORDER</u>

TRC COMPANIES, INC., TRC       :
ENGINEERS, INC., and TRC
ENVIRONMENTAL CORPORATION,  :

                        Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The Clerk of the Court is directed to remove this action from the suspense docket and to mark the case closed.

Dated:    October 9, 2007
          New York, New York

                                       SO ORDERED:

                                       _____
                                         WILLIAM H. PAULEY III
                                               U.S.D.J.

*Counsel of Record*:

Richard Ben-Veniste, Esq.
Richard Spehr, Esq.
Mayer, Brown, Rowe & Mawe LLP
1675 Broadway
New York, NY 10019
*Counsel for Plaintiff*

Gail S. Port, Esq.
Michelle R. Migdon, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
*Counsel for Defendants*